**FILED**

**AUG 3 0 2011**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE APPLICATION  )
OF GRAND JURY SUBPOENA, NO. 10218019  )    Misc. No. 11-362
)
)    **FILED UNDER SEAL**

## GOVERNMENT'S RESPONSE TO MOTION TO INTERVENE AND TO QUASH GRAND JURY SUBPOENA NO. 10218019

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully submits this Response to Motion to Intervene and to Quash Grand Jury Subpoena No. 10218019.

1. On or about March 24, 2011, the United States Attorney for the District of District of Columbia, by T. Patrick Martin, Assistant United States Attorney, issued a Grand Jury subpoena (hereinafter referred to as Grand Jury Subpoena No. 10218019) in furtherance of an active threats investigation.

2. On or about June 23, 2011, the American Civil Liberties Union of the Nation's Capital, through attorney Arthur B. Spitzer, Esq., filed a Motion to Intervene and to Quash Grand Jury Subpoena No. 10218019 (the "Motion to Quash").

3. In and around August, 2011, the undersigned became aware that the Motion to Quash had been filed and remained pending. After consulting with the applicable law enforcement agency, the undersigned learned that the related threats investigation has been suspended indefinitely and the subpoenaed information was no longer necessary. Accordingly, shortly thereafter, the undersigned informed Mr. Spitzer that the government was withdrawing Grand Jury Subpoena No. 10218019, and asked Mr. Spitzer to inform the entity to which the subpoena was directed that the subpoena was withdrawn.

4.	Based on the above, the government respectfully submits that the Motion to Quash should be denied as moot. A proposed order has been submitted.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar Number 447889

By: _____
T. PATRICK MARTIN
Assistant United States Attorney
National Security Section
D.C. Bar No. 471965
555 Fourth Street NW, Room 11-439
Washington, D.C. 20530
(202) 252-7398
Thomas.Martin@usdoj.gov

## CERTIFICATE OF SERVICE

On this 29th day of August, 2011, a copy of the foregoing was served on Arthur B. Spitzer, counsel for movant, 1400 20th Street, N.W., Suite 119, Washington, D.C. 20036, via e-mail.

_____
T. PATRICK MARTIN
Assistant United States Attorney

2