**FILED**

**SEP - 1 2011**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE APPLICATION )
OF GRAND JURY SUBPOENA, NO. 10218019 )   Misc. No. 11-362
)
)   **UNDER SEAL**

## ORDER

Having considered the Motion to Intervene and to Quash Grand Jury Subpoena No. 10218019 (the "Motion to Quash"), as well as the Government's Response thereto, and for the reasons and good cause stated therein, the Court finds that the Motion to Quash is moot and should therefore be denied. It is hereby

**ORDERED**, that the Motion to Intervene and to Quash Grand Jury Subpoena No. 10218019 is **DENIED** as moot.

Date: 8/31/11

_____
UNITED STATES MAGISTRATE JUDGE

cc:

T. Patrick Martin
Assistant United States Attorney
National Security Section
United States Attorney Office for the District of Columbia
555 4th Street, NW
Washington, D.C. 20530

Arthur B. Spitzer, Esq.
American Civil Liberties Union
 of the Nation's Capital
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036