UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 13 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN RE GRAND JURY SUBPOENA
NO. 10218019

No. 11-mc-362

~~[Proposed]~~
ORDER

Upon consideration of the motion to unseal, and the United States' non-opposition thereto, and it appearing that continued secrecy of the court filings related to the now-withdrawn subpoena no. 10218019 is not necessary to prevent disclosure of matters occurring before the grand jury, it is hereby

ORDERED that the motion to unseal is GRANTED; and it is further

ORDERED that the Clerk shall post on the public docket the following documents that have been filed in this action:

1. The Motion to Intervene and to Quash, filed June 23, 2011;

2. The government's response to that motion;

3. The Court Order previously entered in this matter;

4. The Motion to Unseal, filed October 12, 2011; and

5. The instant Order.

Dated: October 13, 2011

Royce C. Lamberth
Chief Judge
United States District Court