UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE GRAND JURY SUBPOENA
NO. 10218019

No. 11-mc-362

**RESPONSE TO ORDER TO SHOW CAUSE**

On June 12, 2013, the Court issued an Order to Show Cause why this action should not be terminated (ECF No. 6).

Counsel for the Movant was under the impression that this action had been terminated on September 1, 2011, when the Court issued an Order (ECF No. 3) denying the Motion to Intervene and to Quash (ECF No. 1) as moot, because the Grand Jury subpoena at issue had been withdrawn. That was the only request for relief that had been filed in this miscellaneous action.

The Movant has no objection to the formal termination of this action at this time. Counsel for the Respondent has indicated that the Respondent sees no need for a filing.

Respectfully submitted,

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the Nation's Capital
American Civil Liberties Union of the
Nation's Capital
4301 Connecticut Avenue, N.W., Suite 434
Washington, D.C. 20008
Tel. 202-457-0800
Fax 202-457-0805
artspitzer@aclu-nca.org

/s/ *Steven Salky*
Steven Salky (D.C. Bar. No. 360175)
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel. 202-778-1828
Fax 202-822-8106
ssalky@zuckerman.com

Counsel for Movant

June 17, 2013